UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>                          Plaintiffs,<br><br>-against-<br><br>BOMBAY HOUSE HOSPITALITY, LLC.<br><br>                          Defendant. | Docket No: 1:23-cv-3316<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff JENNY HWANG, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:    Hicksville, New York
             October 16, 2023

                                                      Respectfully submitted,

                                                        /s/ *Mars Khaimov*

                                                        Mars Khaimov, Esq.
                                                       Mars Khaimov Law, PLLC
                                                       100 Duffy Avenue, Suite 510
                                                       Hicksville, New York 11801
                                                       mars@khaimovlaw.com